RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 02-10-09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY ARCENEAUX | CIVIL ACTION NO. 08-1114 |
| VS. | SECTION P |
| WARDEN J.P. YOUNG, ET AL. | JUDGE MELANCON |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's requests for the issuance of a temporary restraining order and preliminary injunction are **DENIED** and that this civil action is **DISMISSED**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 6th day of February, 2009.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE